**Jason BARNARD, Plaintiff–Appellant,**

v.

**U.S. GOVERNMENT, Defendant–Appellee.**

**No. 14–55771.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 24, 2016.*

Filed March 3, 2016.

Jason Barnard, Palm Springs, CA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Assistant U.S. Attorney LA–CV, Office of the U.S. Attorney, Los Angeles, CA, for Defendant–Appellee.

Before: LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Jason Barnard appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging a Thirteenth Amendment claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a sua sponte dismissal for failure to state a claim. *Barrett v. Belleque,* 544 F.3d 1060, 1061 (9th Cir.2008). We affirm.

The district court properly dismissed Barnard's action as frivolous because Barnard's claims lacked any arguable basis in law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989) (a "frivolous" claim lacks an arguable basis either in law or in fact; the "term 'frivolous' ... embraces not only the inarguable legal conclusion, but also the fanciful factual allegation"); *see also Sparling v. Hoffman Constr. Co.,* 864 F.2d 635, 638 (9th Cir.1988) (court may sua sponte dismiss for failure to state a claim without notice or an opportunity to respond where plaintiff cannot possibly win relief). Moreover, Barnard failed to show that the United States has waived its sovereign immunity from suit. *See United States v. Mitchell,* 463 U.S. 206, 212, 103 S.Ct. 2961, 77 L.Ed.2d 580 (1983) ("It is axiomatic that the United States may not be sued without its consent and that the existence

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

of consent is a prerequisite for jurisdiction."); *Jachetta v. United States,* 653 F.3d 898, 904 (9th Cir.2011) (§ 1983 does not waive sovereign immunity).

Barnard's motion to file a substitute brief, filed on October 23, 2014, is granted. The Clerk shall file the opening brief received October 6, 2014.

**AFFIRMED.**

**Jason BARNARD, Plaintiff–Appellant,**

v.

**U.S. GOVERNMENT, Defendant–Appellee.**

**No. 14–55772.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 24, 2016.*

Filed March 3, 2016.

Jason Barnard, Palm Springs, CA, pro se.

Assistant U.S. Attorney LA–CV, USLA–Office of the U.S. Attorney, Los Angeles, CA, for Defendant–Appellee.

Before: LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.